IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-01902-AP

TANGIE SABALA o/b/o I.E.S.,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>Kevin.traskos@usdoj.gov<br><br>STEPHANIE LYNN F. KILEY,<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, CO 80202<br>Tele: 303-844-0815<br>Fax: 303-844-0770<br>Stephanie.kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

| | |
|---|---|
| A. Date Complaint was filed: | August 10, 2010 |
| B. Date Complaint was served on U.S. Attorney's office: | August 16, 2010 |
| C. Date Answer and Administrative Record were filed: | October 15, 2009 |

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

The Administrative Record appears to be complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters to bring to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule, due to counsel for Defendant's extended absence in the office.

| | | |
|---|---|---|
| A. | **Plaintiff's Opening Brief due:** | December 29, 2010 |
| B. | **Defendant's Response Brief due:** | January 28, 2011 |
| C. | **Plaintiff's Reply Brief (if any) due:** | February 14, 2011 |

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's statement**: Plaintiff does not request oral argument.

B. **Defendant's statement**: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A. ( ) **All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

  B. ( X ) **All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

  DATED this 1st day of November 2010.

               BY THE COURT

               *s/John L. Kane*
_____          U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Ann J. Atkinson | JOHN F. WALSH |
| Ann J. Atkinson, Attorney at Law | United States Attorney |
| 7960 South Ireland Way | |
| Aurora, CO 80016-1904 | KEVIN TRASKOS |
| Tele: 303-680-1881 | Chief, Civil Division |
| Fax: 303-680-7891 | United States Attorney's Office |
| Email: AtkinsonAJ@aol.com | District of Colorado |
| | kevin.traskos@usdoj.gov |

By: /s/ Stephanie Lynn F. Kiley
Stephanie Lynn F. Kiley, Esq.
Special Assistant U.S. Attorney
1001 17TH Street
Denver, CO 80202
Tele: 303-844-0815
Fax: 303-844-0770
Email: Stephanie.kiley@ssa.gov